Case Name:  DAWSON, GLENN A.
            DAWSON, HEATHER L.
Case No:    05-75729

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 11/28/06                         WILLIAM T. NEARY
                                        United States Trustee, Region 11


                              BY:   */s/ Sheree G. Dandurand*
                                    SHEREE G. DANDURAND
                                    Assistant U.S. Trustee