**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

| | |
|---|---|
| IN RE:<br>DAWSON, GLENN A<br>DAWSON, HEATHER L | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-75729 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID<br>Number: xxx-xx-8307 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR**
**COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed
    and a hearing will be held

    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL 61101

    on:   JANUARY 3, 2007
    at:   9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final
    Report, ruling on any objections to the Final Report, ruling on applications
    for compensation and expenses, and transacting such other business as may
    be properly noticed before the Court. ATTENDANCE BY THE DEBTOR
    AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY PAID | FEES NOW<br>REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $         0.00 | | 28.41 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $         0.00 | 1,257.25 | |
| BERNARD J. NATALE<br>Trustee | $         0.00 | 1,376.69 | |

4.  The Trustee's Final Report shows total:

    a.  Receipts                          $         6,266.93

    b.  Disbursements                     $             0.00

    c.  Net Cash Available for Distribution  $         6,266.93

5.   In addition to the fees, compensation and expenses that may be allowed by
     the Court, liens, priority claims, secured claims, and court costs which must
     be paid in advance of general unsecured creditors have been allowed in the
     amount of $0.00.  Assuming that all fees, compensation and expenses are
     allowed in the amounts requested, this leaves the total amount of $3,604.58,
     to be distributed to the general unsecured creditors whose claims have been
     allowed.  The total amount of unsecured claims which will share in the
     distribution is $30,472.02, resulting in an approximate distribution of
     11.83% to unsecured creditors, plus interest.

6.   The debtor has been discharged.

7.   The Trustee proposed to abandon the following property at the hearing:

     See assets described as property to be abandoned at case closing in Form 1
     attached as Exhibit B.


DATE: November 27, 2006                     For the Court,

     _____


                                   By/s/  BERNARD J NATALE        _____

                                        Trustee