IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
DAWSON, GLENN A
DAWSON, HEATHER L

CHAPTER 7 -- Liquidation

CASE NO. 05-75729 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID
Number: xxx-xx-8307

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   JANUARY 3, 2007
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 28.41 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,257.25 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,376.69 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       6,266.93
   b. Disbursements                         $           0.00
   c. Net Cash Available for Distribution   $       6,266.93

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,604.58, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $30,472.02, resulting in an approximate distribution of 11.83% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: November 27, 2006

For the Court,

By /s/ BERNARD J NATALE

Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

5729    Doc 25    Filed 11/29/06    Entered 12/01/06 23:43:52    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: jshores              Page 1 of 1                Date Rcvd: Nov 29, 2006
Case: 05-75729                 Form ID: pdf002            Total Served: 32

The following entities were served by first class mail on Dec 01, 2006.
 db          +Glenn A Dawson,   10660 Great Plaines Dr.,   Huntley, IL 60142-6612
 jdb         +Heather L Dawson,   10660 Great Plaines Dr.,   Huntley, IL 60142-6612
 aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
 tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
 cr          +General Motors Acceptance Corp,   2740 Arthur St,   Roseville, MN 55113-1303
10010042     +AMO Recoveries,   P.O. Box 926200,   Norcross, GA 30010-6200
10010040     +Account Solutions Group,   205 Bryant Woods South,   Amherst, NY 14228-3609
10010041      American Express,   P.O. Box 297817,   Ft. Lauderdale, FL 33329-7817
10608263      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10010043      Arrow Financial Services,   21031 Network Place,   Chicago, IL 60678-1031
10010044    +++Citibank USA, N.A.,   Home Depot,   P.O. Box 9025,   Des Moines, IA 50368-9025
10010045     +Commerce Bank, N.A.,   911 Main St. Fl 4,   Kansas City, MO 64105-2009
10010046      Corporate Receivables,   P.O. Box 32995,   Phoenix, AZ 85064-2995
10010037     +Dawson Glenn A,   10660 Great Plaines Dr,   Huntley, IL 60142-6612
10010038     +Dawson Heather L,   10660 Great Plaines Dr,   Huntley, IL 60142-6612
10010048     +FMA Alliance, Ltd.,   11811 North Freeway, Suite 900,   Houston, TX 77060-3292
10010050     +GMAC,   P.O. Box 217060,   Auburn Hills, MI 48321-7060
10010051      GMAC,   P.O. Box 901009,   Fort Worth, TX 76101-2009
10010049      Global Vantedge, Inc.,   Attn: Payment Processing,   P.O., Box 10908,
               San Rafael, CA 94912-0908
10010052     +HSBC Best Buy,   90 Christiana Rd.,   New Castle, DE 19720-3118
10010053     +HSBC Menards,   P.O. Box 703,   Wood Dale, IL 60191-0703
10010054     +Ltd Financial Services,   7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2000
10010055    +++Pennsylvania Life Ins. Co.,   c/o Stuart Allan & Assoc, Inc,   5447 E 5th St Suite 110,
               Tucson AZ 85711-2345
10010056      Stuart Allan & Associates, Inc.,   5447 E 5th St., Suite 110,   Tucson, AZ 85711-2345
10010057      Target,   Retailers National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
10549684     +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10010058     +Wells Fargo Bank West, N.A.,   P.O. Box 49069,   Colorado Springs, CO 80949-9069
10010059     +Wells Fargo Bank, N.A.,   P.O. Box 10438,   DesMoines, IA 50306-0438
10010060     +Wells Fargo Home Mortgage,   P.O. Box 6417,   Carol Stream, IL 60197-6417
10010039     +Yalden Olsen & Willette,   1318 E State St,   Rockford, IL 61104-2228

The following entities were served by electronic transmission on Nov 30, 2006.
10551563     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2006 01:34:03
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
10010047     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2006 01:34:03      Discover Card,
               P.O. Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr           WELLS FARGO BANK
 aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2006**        **Signature:** _Joseph Speetjens_