**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 30, 2006 through January 31, 2007
Account Number: **000312019710566**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00020708 DBI 802 24 03907 - NNN  1 000000000 65 0000
05-75729 DAWSON GLENN A
DAWSON HEATHER L DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $6,266.93 |
| Checks Paid | 8 | - 6,266.93 |
| Ending Balance | 8 | $0.00 |

## CHECKS PAID

OK
db
2-20-07

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 01/05 | $28.41 ✓ |
| 102 | 01/05 | 1,257.25 ✓ |
| 103 | 01/05 | 1,376.69 ✓ |
| 104 | 01/11 | 79.22 ✓ |
| 105 | 01/12 | 688.55 ✓ |
| 106 | 01/11 | 1,975.45 ✓ |
| 107 | 01/10 | 387.16 ✓ |
| 108 | 01/09 | 474.20 ✓ |
| **Total Checks Paid** | | **$6,266.93** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/05 | $3,604.58 |
| 01/09 | 3,130.38 |
| 01/10 | 2,743.22 |
| 01/11 | 688.55 |
| 01/12 | 0.00 |

2-15-07
R